IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JESSE RYAN WALTERS,

                      Petitioner,

  v.                                                      ORDER

MATTHEW MARSKE,                          21-cv-587-jdp

                      Respondent.

---

       Petitioner Jesse Ryan Walters, now represented by counsel, seeks relief under 28 U.S.C. § 2241 following convictions in federal court. I ordered respondent to show cause why the petition should not be granted by December 5, 2022. Dkt. 8.

       A key issue is whether I may grant Walters relief under the "savings clause" of 28 U.S.C. § 2255. The interpretation of the savings clause is at issue in *Jones v. Hendrix*, S. Ct. Case No. 21-857, which was argued on November 1, 2022. *Jones* will likely determine whether a claim like Walters's can be brought under § 2241 and provide guidance about the savings clause's requirements. The most efficient course of action is to stay this case until the Supreme Court decides *Jones*.

ORDER

IT IS ORDERED that:

1. This case is STAYED and ADMINISTRATIVELY CLOSED pending the Supreme Court's decision in *Jones*.

2. Promptly after the Supreme Court has decided *Jones*, the parties shall file a joint notice that includes a copy of the *Jones* decision. At that time, I will lift the stay, reopen the case, and set a new briefing schedule.

Entered December 2, 2022.

                            BY THE COURT:

                            /s/

                            _____

                            JAMES D. PETERSON
                            District Judge